638

425 A.2d 25

Cornell, a minor et al., Appellants v. Scott et al.

Ar-
gued September 11, 1979.  Richard C. Senker, for appellants;
Donald J. Martin, for appellees.

Before PRICE, WIEAND and VAN der VOORT, JJ.

Order affirmed.

425 A.2d 25

Espenshade, Appellant v. Espenshade.
Reargument Denied March 27, 1980.

Argued  September  11,  1979.
Lawrence E. Hess, Jr., for appellant;  Randolph A. Warden,
for appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.

Orders affirmed.